ALBERT R. BRANDLY, Respondent, *v.* THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

*Brandly* v. *U. S. Fidelity & Guaranty Co.*, 139 App. Div. 932, affirmed.

(Submitted October 31, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action upon an undertaking given to discharge an attachment.

.   *Schuyler C. Carlton* and *George F. Allison* for appellant.

*Benjamin N. Cardozo* and *Nathan Ottinger* for respondent.

Judgment affirmed, with costs and ten per cent damages for delay under subdivision 5 of section 3251 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.